| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mann Realty Associates, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **1:17-bk-00080-RNO** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................  $ **18,885,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................  $ **1,019,054.01**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................  $ **19,904,054.01**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ **4,035,038.68**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................  $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................  +$ **123,917.60**

4. **Total liabilities** .......................................................................................................................................
Lines 2 + 3a + 3b  $ **4,158,956.28**

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                      **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | PNC Bank | Checking Account | | $18,343.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                          $18,343.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | Tenant Deposits | $637.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   | | | |
   |---|---|---|
   | 8.1. | Money Held in Escrow | $4,324.27 |

| Debtor | **Mann Realty Associates, Inc.** | Case number *(If known)* **1:17-bk-00080-RNO** |
|---|---|---|
| | Name | |

9. **Total of Part 2.** $4,961.27

   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:  7,636.90  −  0.00  = ....  $7,636.90
                          face amount                doubtful or uncollectible accounts

   11b. Over 90 days old:  4,016.86  −  0.00  =....  $4,016.86
                          face amount                doubtful or uncollectible accounts

12. **Total of Part 3.** $11,653.76

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1.  **2008 Ford F250**                     $9,000.00    Liquidation           $0.00

    47.2.  **2001 Truck**
           **Not Inspected**                      $0.00        Liquidation       $1,000.00

    47.3.  **2001 Truck**
           **Not Inspected**                      $0.00        Liquidation       $1,000.00

    47.4.  **Chrysler 300**                       $0.00        Liquidation      $10,000.00

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **- JD Bailer, Mower, Rake**
    **- JD 6615 Tractor**
    **- Volvo Breaker**
    **- Volvo Excavator**
    **- Kubota Tractor**
    **- Two (2) Woods Batwing Mower**
    **- Rebuilt CAT**
    **- 85 Ross Exployer**
    **- 94 Stevens Stallion**
    **- GB Concrete Plant**
    **- Sure Sil - GB Asphalt**
    **- Conveyor - GB Congrete**
    **- Asphalt Plant - FE**
    **- 2009 FE Asphalt Plant**
    **- FE Asphalt Plant**
    **-**                                          $0.00        Liquidation     $800,000.00

51. **Total of Part 8.**                                                         $812,000.00
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Part 9:   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **614 North Front Street, Harrisburg, PA** | Fee simple | $0.00 | N/A | $1,800,000.00 |
| 55.2. **1125 South Ninth Street, Harrisburg, PA** | Fee simple | $0.00 | N/A | $95,000.00 |
| 55.3. **4612 Fargreen Road, Susquehanna Townhip, PA** | Fee simple | $0.00 | N/A | $250,000.00 |
| 55.4. **Blue Ridge Road, Susquehanna Township, PA** | Fee simple | $0.00 | N/A | $85,000.00 |
| 55.5. **Beaufort Terrace, PA** | Fee simple | $0.00 | N/A | $5,000,000.00 |
| 55.6. **2008 Idaville Road, Huntingdon Township, PA** | Fee simple | $0.00 | N/A | $650,000.00 |
| 55.7. **9509 Carlisle Pike, Latimore Township, PA** | Fee simple | $0.00 | N/A | $600,000.00 |
| 55.8. **81, 83, & 103 Hunterstown Road, Straban Township, PA** | Fee simple | $0.00 | N/A | $1,000,000.00 |
| 55.9. **2500 Hunterstown Road, PA** | Fee simple | $0.00 | N/A | $400,000.00 |
| 55.10. **Fiddlers Elbow, Lower Swatara Township, PA** | Fee simple | $0.00 | N/A | $9,000,000.00 |
| 55.11. **East Lisburn Road (Lot-611), Upper Allen Township, PA** | Fee simple | $0.00 | N/A | $5,000.00 |

| | Debtor | **Mann Realty Associates, Inc.** | Case number (If known) | **1:17-bk-00080-RNO** |
|---|---|---|---|---|

Name

| 56. | **Total of Part 9.** | | **$18,885,000.00** |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
  ☐ No
  ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ■ No. Go to Part 11.
  ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No. Go to Part 12.
  ■ Yes Fill in the information below.

|   |   |   |   | Current value of debtor's interest |
|---|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | | | |
| | **Blue Ink** | 42,336.00 Total face amount | − 0.00 doubtful or uncollectible amount | = $42,336.00 |
| | **Chilton Land & Cattle Co** | 3,951.00 Total face amount | − 0.00 doubtful or uncollectible amount | = $3,951.00 |
| | **Dauphin Development** | 10,464.78 Total face amount | − 0.00 doubtful or uncollectible amount | = $10,464.78 |
| | **Kimbob, Inc.** | 84,584.22 Total face amount | − 0.00 doubtful or uncollectible amount | = $84,584.22 |
| | **Robert M. Mumma, II** | 30,759.98 Total face amount | − 0.00 doubtful or uncollectible amount | = $30,759.98 |

72. **Tax refunds and unused net operating losses (NOLs)**
  Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

| Debtor | **Mann Realty Associates, Inc.** | Case number *(If known)* **1:17-bk-00080-RNO** |
|---|---|---|
| | Name | |

       set off claims

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                       **$172,095.98**

       Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **Mann Realty Associates, Inc.**  Case number *(If known)* **1:17-bk-00080-RNO**
Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $18,343.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,961.27 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,653.76 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $812,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $18,885,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $172,095.98 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,019,054.01 | + 91b. $18,885,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $19,904,054.01 |

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **BNY Mellon/PEDFA**<br>Creditor's Name<br><br>**1735 Market Street, 6th Floor**<br>**Philadelphia, PA 19103**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number **02B5**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Fiddlers Elbow, Lower Swatara Township, PA**<br><br>**Describe the lien**<br>**First Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $408,396.64 | $9,000,000.00 |
| **2.2** **Christine M. Redding, Tax Collector**<br>Creditor's Name<br><br>**180 Goldenville Road**<br>**Gettysburg, PA 17325**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred **2016**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | **Describe debtor's property that is subject to a lien**<br>**Real Estate Taxes**<br>**2500 Hunterstown Road & 83 Hunterstown Road**<br><br>**Describe the lien**<br>**Real Estate Taxes**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $20,968.91 | $1,400,000.00 |

| Debtor | **Mann Realty Associates, Inc.** | Case number (if know) | **1:17-bk-00080-RNO** |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **City of Harrisburg** | Describe debtor's property that is subject to a lien | **$26,392.99** | **$1,895,000.00** |
|---|---|---|---|---|

Creditor's Name
**10 North 2nd Street, Ste 103**
**Harrisburg, PA 17101-1679**
Creditor's mailing address

**Real Estate Taxes**
**614 North Front Street & 1125 South Ninth Street**

Describe the lien
**Real Estate Taxes**
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Dauphin County Tax Claim Bureau** | Describe debtor's property that is subject to a lien | **$121,501.26** | **$21,450,000.00** |
|---|---|---|---|---|

Creditor's Name
**2 S. 2nd St., #1**
**Harrisburg, PA 17101**
Creditor's mailing address

**Real Estate Taxes**
**1125 South Ninth Street, 614 North Front Street, & 4612 Fargreen Road**

Describe the lien
**Real Estate Taxes**
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015-2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Dauphin County Treasurer** | Describe debtor's property that is subject to a lien | **$19,885.13** | **$2,230,000.00** |
|---|---|---|---|---|

Creditor's Name
**Attn: Janie Creason**
**101 Market Street, Rm 105**
**Harrisburg, PA 17101-2078**
Creditor's mailing address

**Real Estate Taxes**
**614 North Front Street, 4612 Fargreen Road, 1125 South Ninth Street,& Blue Ridge Road**

Describe the lien
**Real Estate Taxes**
Is the creditor an insider or related party?
☒ No

---

| Debtor | Mann Realty Associates, Inc. | Case number (if know) | 1:17-bk-00080-RNO |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**
2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Integrity Bank** | **Describe debtor's property that is subject to a lien** | $1,518,550.88 | $1,800,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **614 North Front Street, Harrisburg, PA** | | |

**S&T Bank, Commercial Loan Dept.**
**P.O. Box 1920**
**Indiana, PA 15701**
Creditor's mailing address

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9550**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Integrity Bank**
**2. Santander Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Integrity Bank** | **Describe debtor's property that is subject to a lien** | $247,168.03 | $5,250,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **4612 Fargreen Road & Beaufort Terrace** | | |

**S&T Bank, Commercial Loan Dept.**
**P.O. Box 1920**
**Indiana, PA 15701**
Creditor's mailing address

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3785**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.8 | **Integrity Bank** | Describe debtor's property that is subject to a lien | $498,742.11 | $1,250,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2008 Idaville Road & 9509 Carlisle Pike** | | |
| | **S&T Bank, Commercial Loan Dept.** | | | |
| | **P.O. Box 1920** | | | |
| | **Indiana, PA 15701** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **First Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **3450** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.9 | **McCormick 108, LLC** | Describe debtor's property that is subject to a lien | $720,394.07 | $1,400,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **25 Hunterstown Road & 81,83, and 103 Hunterstown Road** | | |
| | **11350 McCormick Road, EPII, Ste 902** | | | |
| | **Hunt Valley, MD 21031** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **First Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **1002** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.10 | **Santander Bank** | Describe debtor's property that is subject to a lien | $400,260.87 | $1,800,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **614 North Front Street, Harrisburg, PA** | | |
| | **P.O. Box 12707** | | | |
| | **Reading, PA 19612** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Second Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

| Debtor | Mann Realty Associates, Inc. | | Case number (if know) | 1:17-bk-00080-RNO |
|---|---|---|---|---|

Name

**Last 4 digits of account number**
**0059**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.6** | ☐ Disputed |

---

| 2.11 | **Tanya E. Lamo, Tax Collector**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Real Estate Taxes**<br>**2008 Idaville Road & 9509 Carlisle Pike** | $5,659.53 | $1,250,000.00 |
|---|---|---|---|---|

**6133 Old Harrisburg Road**
**York Springs, PA 17372**
Creditor's mailing address

**Describe the lien**
**Real Estate Taxes**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.12 | **Tax Claim Bureau of Adams County**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Real Estate Taxes**<br>**83 Hunterstown Road, 2008 Idaville Road, & 9509 Carlisle Pike** | $47,118.26 | $2,250,000.00 |
|---|---|---|---|---|

**Adams County Courthouse**
**Craley, PA 17312**
Creditor's mailing address

**Describe the lien**
**Real Estate Taxes**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2013-2016**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,035,038.68 |
|---|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

| Debtor | **Mann Realty Associates, Inc.**<br>Name | Case number (if know) | **1:17-bk-00080-RNO** |
|---|---|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Kimbob, Inc.**<br>**P.O. Box 5**<br>**Camp Hill, PA 17001**<br>Date(s) debt was incurred 11/23/2016<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unsecured Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $42,000.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Landmark Commercial Realty**<br>**20 Erford Road, Ste 215**<br>**Lemoyne, PA 17043**<br>Date(s) debt was incurred 1/1/2016<br>Last 4 digits of account number 4342 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unsecured Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,799.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Mid-Atlantic Appraisal Consultants**<br>**P.O. Box 691**<br>**Middletown, NJ 07748**<br>Date(s) debt was incurred 3/19/2016<br>Last 4 digits of account number 1884 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Appraisal Service Provided**<br>Is the claim subject to offset? ■ No ☐ Yes | $11,415.42 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Stevens & Lee**<br>**111 North Sixth Street**<br>**Reading, PA 19603-0679**<br>Date(s) debt was incurred 1/22/2016<br>Last 4 digits of account number 5161 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unsecured Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $64,561.92 |

| | | | |
|---|---|---|---|
| Debtor | **Mann Realty Associates, Inc.** | Case number (if known) | **1:17-bk-00080-RNO** |
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Stevens & Lee**<br>**111 North Sixth Street**<br>**Reading, PA 19603-0679**<br>Date(s) debt was incurred  **12/22/2015**<br>Last 4 digits of account number  **1623** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Unsecured Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,124.76** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Susquehanna Township**<br>**1900 Linglestown Road**<br>**Harrisburg, PA 17110**<br>Date(s) debt was incurred  **5/10/2016**<br>Last 4 digits of account number  **9888** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Unsecured Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,016.50** |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 123,917.60 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 123,917.60 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mann Realty Associates, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **1:17-bk-00080-RNO** |

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **One Parking Space Located at 614 North Front Street, Harrisburg, PA 17101 Debtor is the Lessor** | |
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **Barry Page** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **One Parking Space Located at 614 North Front Street, Harrisburg, PA 17101 Debtor is the Lessor** | |
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **Cathernine Wagner** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **One Parking Space Located at 614 North Front Street, Harrisburg, PA 17101 Debtor is the Lessor** | |
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **Cody Goss** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Real Estate Lease of York Springs Farm Debtor is the Lessor** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Heath and Bobbi Bailor** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Ten Parking Spaces Located at 614 North Front Street, Harrisburg, PA 17101 Debtor is the Lessor Month to Month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Joel Jukus** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Real Estate Lease of 4612 Fargreen Road Debtor is the Lessor 10/14/2017** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Keystone Health Services 124 Pine Street Harrisburg, PA 17101** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **One Parking Space Located at 614 North Front Street, Harrisburg, PA 17101 Debtor is the Lessor Month to Month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Krishan Keck** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Real Estate Lease Debtor is the Lessor** | |
| | State the term remaining | **08/14/2017** | |
| | List the contract number of any government contract | | **Labrador, LLC 614 North Front Street, Ofc E Harrisburg, PA 17101** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Three Parking Spaces Located at 614 North Front Street, Harrisburg, PA 17101 Debtor is the Lessor Month to Month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **PA Restaurant & Lodging Association** |

| Debtor 1 | **Mann Realty Associates, Inc.** | | Case number *(if known)* | **1:17-bk-00080-RNO** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Real Estate Lease Debtor is Lessor** | |
| | State the term remaining | **06/30/2017** | **PA State Police** |
| | List the contract number of any government contract | | **614 North Front Street, Ofc A** <br> **Harrisburg, PA 17101** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **One Parking Space Located at 614 North Front Street, Harrisburg, PA 17101 Debtor is the Lessor Month to Month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Patricia Bell** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **One Parking Space Located at 614 North Front Street, Harrisburg, PA 17101 Debtor is the Lessor Month to Month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sean Burrows** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Three Parking Spaces Located at 614 North Front Street, Harrisburg, PA 17101 Debtor is the Lessor Month to Month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Shagin Law** |

Official Form 206G      Schedule G: Executory Contracts and Unexpired Leases      Page 3 of 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 1:17-bk-00080-RNO    Doc 34    Filed 02/23/17    Entered 02/23/17 18:28:26    Desc
Main Document      Page 19 of 20

Official Form 206H
# Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Robert Mumma** | **P.O. Box 5**<br>**Camp Hill, PA 17001** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |